


**08 C 469**

**FILED**
**JANUARY 22, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## EXHIBIT A

## STEFANIE BAXTER

IP Address: 71.239.252.80 2007-04-26 07:43:57 EDT    CASE ID# 126808214

P2P Network: Gnutella    Total Audio Files: 428

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Sade | Kiss Of Life | Love Deluxe | 183-731 |
| Motown Record Company, L.P. | Boyz II Men | Water Runs Dry | II | 196-004 |
| Warner Bros. Records Inc. | Seal | Kiss From A Rose | Seal | 194-147 |
| BMG Music | Tyrese | Sweet Lady | Tyrese | 237-788 |
| SONY BMG MUSIC ENTERTAINMENT | Maxwell | Lifetime | Now | 302-599 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Can't Let Go | Emotions | 134-831 |
| UMG Recordings, Inc. | LL Cool J | I Need Love | Bigger And Deffer | 83-510 |
| LaFace Records LLC | Toni Braxton | Breathe Again | Toni Braxton | 208-619 |

CHGO1\31143118.1