Case 1:08-cv-00469 Document 1-3 Filed 01/22/2008 Page 1 of 2

**08 C 469**

**FILED
JANUARY 22, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

**JUDGE DARRAH
MAGISTRATE JUDGE COLE**

AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO. | DATE FILED | United States District Court<br>Northern District of Illinois<br>Everett McKinley Dirksen Building<br>219 South Dearborn St., 20th Floor<br>Chicago, IL 60604 |

| PLAINTIFF | DEFENDANT |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT; MOTOWN RECORD COMPANY, L.P.; WARNER BROS. RECORDS INC.; BMG MUSIC; UMG RECORDINGS, INC.; and LAFACE RECORDS LLC | STEFANIE BAXTER |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order ☐ Judgment | ☐ Yes ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

*U.S.G.P.O. 1982-374-279

Copy 1 – Upon initiation of action, mail this copy to Register of Copyrights.

CHGO1\31143118.1

# EXHIBIT A

## STEFANIE BAXTER

**IP Address:** 71.239.252.80 2007-04-26 07:43:57 EDT    **CASE ID#** 126808214

**P2P Network:** Gnutella    **Total Audio Files:** 428

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Sade | Kiss Of Life | Love Deluxe | 183-731 |
| Motown Record Company, L.P. | Boyz II Men | Water Runs Dry | II | 196-004 |
| Warner Bros. Records Inc. | Seal | Kiss From A Rose | Seal | 194-147 |
| BMG Music | Tyrese | Sweet Lady | Tyrese | 237-788 |
| SONY BMG MUSIC ENTERTAINMENT | Maxwell | Lifetime | Now | 302-599 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Can't Let Go | Emotions | 134-831 |
| UMG Recordings, Inc. | LL Cool J | I Need Love | Bigger And Deffer | 83-510 |
| LaFace Records LLC | Toni Braxton | Breathe Again | Toni Braxton | 208-619 |

CHGO1\31143118.1