# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Plaintiffs
SONY BMG MUSIC ENTERTAINMENT, et al.
v
STEFANIE BAXTER
Defendant

Case Number:

**FILED**
**JANUARY 22, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**PH**

**08 C 469**

**JUDGE DARRAH**
**MAGISTRATE JUDGE COLE**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

SONY BMG MUSIC ENTERTAINMENT; MOTOWN RECORD COMPANY, L.P.; WARNER BROS. RECORDS INC.; BMG MUSIC; UMG RECORDINGS, INC.; and LAFACE RECORDS LLC

| |
|---|
| NAME (Type or print) <br> Keith W. Medansky |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> /s/ Keith W. Medansky |
| FIRM <br> DLA PIPER US LLP |
| STREET ADDRESS <br> 203 N. LaSalle Street  Suite 1900 |
| CITY/STATE/ZIP <br> Chicago, IL 60601-1293 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)   TELEPHONE NUMBER <br> 06195673                                                        (312) 368-4000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☒   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☐   NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☒   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ |