IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; MOTOWN RECORD COMPANY, L.P., a California limited partnership; WARNER BROS. RECORDS INC., a Delaware corporation; BMG MUSIC, a New York general partnership; UMG RECORDINGS, INC., a Delaware corporation; and LAFACE RECORDS LLC, a Delaware limited liability company,<br><br>      Plaintiffs,<br><br>v.<br><br>STEFANIE BAXTER,<br><br>      Defendant. | Case No.: 08 C 469<br><br>Honorable John W. Darrah |

## NOTICE OF MOTION

Please take notice that on Tuesday, March 25, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable John W. Darrah, or any Judge sitting in his stead in Courtroom 1203 at the Dirksen Federal Courthouse, 219 South Dearborn, Chicago, Illinois, and shall then and there present Plaintiffs' Motion for Default Judgment and Permanent Injunction and the accompanying Memorandum in Support of Plaintiffs' Motion for Default Judgment and Permanent Injunction, copies of which are attached hereto and hereby served upon you.

                        Respectfully submitted,

                        SONY BMG MUSIC ENTERTAINMENT;
                        MOTOWN RECORD COMPANY, L.P.;
                        WARNER BROS. RECORDS INC.; BMG
                        MUSIC; UMG RECORDINGS, INC.; and
                        LAFACE RECORDS LLC,

DATED: March 18, 2008        By:   */s/ Ann Marie Bredin*
                                                One of their attorneys

Keith W. Medansky (ARDC #06195673)
Ann Marie Bredin (ARDC #06255663)
Amanda C. Jones (ARDC #06286509)
**DLA PIPER US LLP**
203 N. LaSalle Street  Suite 1900
Chicago, Illinois 60601-1293
Tel. (312) 368-4000
Fax. (312) 236-7516

2

## CERTIFICATE OF SERVICE

      I, Ann M. Bredin, hereby certify that on March 18, 2008, I caused copies of (a) the Notice of Motion, (b) the Motion for Default Judgment and Permanent Injunction, and (c) the Memorandum in Support of Motion for Default Judgment and Permanent Injunction (collectively, the "Documents") to be filed electronically. Notice of these filings were sent automatically, via the Court's CM/ECF system, to all parties that have filed an electronic appearance in the proceeding. In addition, on March 18, 2008, I caused a copy of the Documents to be served on the following party, via overnight delivery and regular U.S. Mail, postage prepaid:

        Stefanie Baxter
        221 E. 121st Place
        Apt. 210
        Chicago, Illinois 60628

DATED: March 18, 2008      By:   */s/ Ann Marie Bredin*
                                            Ann Marie Bredin