**EXHIBIT B**

CHGO1\31087725.1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; MOTOWN RECORD COMPANY, L.P., a California limited partnership; WARNER BROS. RECORDS INC., a Delaware corporation; BMG MUSIC, a New York general partnership; UMG RECORDINGS, INC., a Delaware corporation; and LAFACE RECORDS LLC, a Delaware limited liability company,<br><br>      Plaintiffs,<br><br>v.<br><br>STEFANIE BAXTER,<br><br>      Defendant. | Case No.: 08 C 469<br><br>Honorable John W. Darrah |

### DECLARATION OF ANN MARIE BREDIN

I, Ann Marie Bredin, declare:

1. I am an attorney at law licensed to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am an attorney in the law firm of DLA Piper US LLP, attorneys for Plaintiffs in the above-captioned matter. Unless otherwise stated, I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

2. On January 22, 2008, Plaintiffs filed the Complaint for Copyright Infringement (the "Complaint") against Defendant Stefanie Baxter ("Defendant"). Attached to the Memorandum in Support of Plaintiffs' Motion for Default Judgment and Permanent Injunction (the "Memorandum") as Exhibit A is a true and correct copy of the Complaint.

CHGO1\31166841.1

3.  On February 7, 2008, Defendant was served with a Summons to appear in the above-captioned proceeding. As such, Defendant's responsive pleading was due on or before February 27, 2008. Attached to the Memorandum as Exhibit C is a true and correct copy of the Affidavit of Service.

4.  Defendant has not appeared in this action and has not filed a responsive pleading to the Complaint.

5.  I am informed and believe that Defendant is not an infant or incompetent person and, after consulting available public databases, is not in the military service.

6.  Plaintiffs have incurred costs in this case in the amount of $420.00, which includes a filing fee of $350.00 and service fees of $70.00.

7.  I declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that the foregoing is true and correct.

Executed on March 18, 2008 in Chicago, Illinois.

By:    */s/ Ann Marie Bredin*
      Ann Marie Bredin (ARDC #06255663)