**EXHIBIT C**

CHGO1\31087725.1

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; MOTOWN RECORD COMPANY, L.P., a California limited partnership; WARNER BROS. RECORDS INC., a Delaware corporation; BMG MUSIC, a New York general partnership; UMG RECORDINGS, INC., a Delaware corporation; and LAFACE RECORDS LLC, a Delaware limited liability company,

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

**08 C 469**

JUDGE DARRAH
MAGISTRATE JUDGE COLE

V.

STEFANIE BAXTER

TO:

Stefanie Baxter
221 E. 121st Pl.
Apt 210
Chicago, IL 60628

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY

Keith W. Medansky          Phone: (312) 368-4000
Ann Marie Bredin           Fax:   (312) 236-7516
Amanda C. Jones
DLA PIPER US LLP
203 N. LaSalle Street  Suite 1900
Chicago, Illinois 60601-1293

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

**Michael W. Dobbins, Clerk**

(By) DEPUTY CLERK

DATE
**January 23, 2008**
Date



IN THE
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, A DELAWARE GENERAL PARTNERSHIP; ET AL., <br><br> Plaintiff/Petitioner <br><br> vs. <br> STEFANIE BAXTER <br><br> Defendant/Respondent | Hearing Date: <br><br> CAUSE NO: 08 C 469 <br><br> DECLARATION OF SERVICE OF: <br> SUMMONS; CIVIL COVER SHEET; COMPLAINT; EXHIBITS; CASE MANAGEMENT PROCEDURES; LOCAL RULES; NOTICE TO DEFENDANT |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **7th day of February, 2008, at 11:40 AM**, at the address of **221 E 121ST Place APT 210, CHICAGO, Cook County, IL 60628**; this declarant served the above described documents upon **STEFANIE BAXTER**, by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with **STEFANIE BAXTER, NAMED DEFENDANT, A black female approx. 25-30 years of age 5'2"-5'4" in height weighing 240-260 lbs with black hair.**

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Declarant hereby states under penalty of perjury under the laws of the State of **Illinois** that the statement above is true and correct.

DATED this 8th day of February, 2008.

*Karl D. Brown*

Karl D. Brown, Reg. # 117-001119, IL

FOR: **DLA PIPER US LLP**
REF:
**BAXTERSTEFANIE|126808214**

ORIGINAL PROOF OF SERVICE

Tracking #: **5256047 SEA**

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE  2/7/2008 |
| NAME OF SERVER *(PRINT)*  Karl D. Brown | TITLE  Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:
    221 E. 121st Place, #210, Chicago, IL 60628

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    2/8/2008
                  *Date*                         *Signature of Server*

                                           27 N. Wacker Dr. #431, Chicago, IL 60606
                                           *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.