# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 469 | **DATE** | 3/25/2008 |
| **CASE TITLE** | Sony BMG Music Entertainment vs. Stefanie Baxter | | |

**DOCKET ENTRY TEXT**

Plaintiffs' motion for order of default judgment and permanent injunction [9] is granted. Enter Order.

■ [ For further detail see separate order(s).]    Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|